UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

    Plaintiff,

vs.                                Case No. 8:16-cv-2091-T-27TBM

XYTEX CORPORATION, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Seal Pursuant to Stipulated Protective Order Entered March 8, 2017. (Dkt. 77). The title of Plaintiff's motion is misleading. The parties filed a Stipulated Protective Order. (Dkt. 55). Their stipulation, however, was not accompanied by a motion seeking relief and was not entered by the Court. And, their mutual agreement to keep documents confidential or to seal materials is "immaterial" to a decision regarding the public's right of access. *Brown v. Advantage Eng'g*, 960 F.2d 1013, 1016 (11th Cir. 1992). Upon consideration, the Motion (Dkt. 77) is **DENIED** for failure to comply with Local Rules 1.09(a) and 3.01(g).

**DONE AND ORDERED** this 17th day of April, 2017.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record